# Third District Court of Appeal
## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1282
Lower Tribunal No. 20-17-SP-05
_____

**Anna Val,**
Appellant,

vs.

**Gentera Center for Plastic Surgery, LLC, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Jeffrey Rosinek, Senior Judge.

Anna Val, in proper person.

Ainsworth + Clancy, PLLC, and Yamila Lorenzo and Ryan Clancy, for appellees.

Before MILLER, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Law Offs. of Borell, P.A. v. Acevedo, 322 So. 3d 1218,

1219 (Fla. 3d DCA 2021) (finding no abuse of discretion in award of attorney's fees under section 57.105; "We are constrained by the record before us. [Appellant] has not provided a transcript of any of the [attorney's fees] hearings conducted in the trial court, and thus the trial court's findings must be presumed correct." (citing Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979))); Lanson v. Reid, 314 So. 3d 385, 388 n.4 (Fla. 3d DCA 2020) (stating that where appellants did not provide this court with transcript of hearing on entitlement to attorney's fees under section 57.105, "the trial court's findings must be presumed correct").